UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MCGEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ENFANTE, et al.,<br><br>　　　　Defendants. | Case No.  23-cv-00375-AGT<br><br>**ORDER STAYING FURTHER PROCEEDINGS** |

　　Plaintiff is being prosecuted in Alameda County Superior Court for failing to register as a sex offender under California Penal Code sections 290(b) and 290.018(b). *See* Dkt. 1 at 13–14. In the civil case at hand, plaintiff alleges that the criminal charges against him are meritless, and he seeks damages under 42 U.S.C. § 1983 for constitutional violations.

　　Because the criminal case is ongoing and implicates important state interests, and because plaintiff isn't barred from litigating in the criminal case the issues raised here, further proceedings in this civil action will be stayed under *Younger v. Harris*, 401 U.S. 37 (1971), until the criminal case concludes. *See Gilbertson v. Albright*, 381 F.3d 965, 968 (9th Cir. 2004) ("*Younger* principles apply to actions at law as well as for injunctive or declaratory relief . . . . [But] federal courts should not dismiss actions where damages are at issue; rather, damages actions should be stayed until the state proceedings are completed.").

　　During the stay, this case will be administratively closed. This is an internal procedure that doesn't affect the substantive rights of the parties. While the criminal case is ongoing, the parties must submit to this Court a status report every six months. When the criminal case ends, the parties must promptly notify the Court.

　　The Court won't rule on defendants' pending motion to dismiss (dkt. 7) until the stay is

2

lifted. Defendants' motion to redact certain information from their filings (dkt. 8) (e.g., personally identifiable information, criminal history reports, sex-offender registration records) is granted. If, however, the Court later concludes that it needs to rely on some of this redacted information in ruling on a dispositive motion, the Court may revisit whether the redactions are appropriate.

**IT IS SO ORDERED.**

Dated: March 30, 2023

Alex G. Tse
United States Magistrate Judge