UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MCGEE,
Plaintiff,
v.
CHRISTOPHER ENFANTE, et al.,
Defendants.

Case No. 23-cv-00375-AGT

**ORDER FOR FURTHER BRIEFING**

Re: Dkt. No. 57

Plaintiff Anthony McGee moves to seal his juvenile court records and for relief from judgment. Dkt. 57. McGee argues that Defendants' access to the records was barred by California Welfare and Institutions Code § 827. *Id.* at 12.

Defendants Christopher Enfante and Derrek Dagneau (collectively, Defendants) oppose, arguing in part that McGee's juvenile conviction fell within one of exceptions to confidentiality listed in California Welfare & Institutions Code § 827.2, which states that, "a law enforcement agency may disclose to the public or to any interested person . . . information . . . regarding a minor 14 years of age or older who was found by the court to have committed any felony enumerated in subdivision (b) of Section 707." Cal. Welf. & Inst Code. § 827.2(c). *See* also dkt. 59 at 14–15.

Section 827(e) defines "juvenile case file" for purposes of the section. Cal. Welf. & Inst. Code § 827(e). The Court now orders further briefing as follows. **First**, are the records at issue here juvenile case files? **Second**, are they juvenile records according to another

applicable definition? **Third**, if the records at issue are not juvenile case files or otherwise juvenile records, how should that impact the Court's decision on dkt. 57?

The parties are ordered to provide supplementary briefing of no more than three pages each by **October 10, 2025**, answering with citations legal authority.

**IT IS SO ORDERED.**

Dated: September 25, 2025

Alex G. Tse
United States Magistrate Judge