UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MCGEE,

          Plaintiff,

    v.

CHRISTOPHER ENFANTE, et al.,

          Defendants.

Case No.  23-cv-00375-AGT

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**

Re: Dkt. No. 68

This case was dismissed pursuant to Federal Rule of Civil Procedure 41(b) on July 19, 2024. Dkt. 44. Plaintiff Anthony McGee appealed that dismissal to the Ninth Circuit. Dkt. 45. The Ninth Circuit summarily affirmed this Court's judgment on December 19, 2024. Dkt. 49.

Since then, McGee has filed four repetitive Rule 60(b) motions. *See* dkts. 53, 55, 57 & 68. Most recently, McGee filed such a motion on April 15, 2026, asserting grounds for relief under Rules 60(b)(1), (3), (4), and (6). Dkt. 68. The Court finds this matter appropriate for resolution without oral argument and denies all relief. *See* Civil L.R. 7-1(b).

For the reasons stated at dkt. 67, relief is denied under Rules 60(b)(3), (4), and (6).

Relief is additionally inappropriate under Rule 60(b)(1), which allows for relief based on "mistake, inadvertence, surprise, or excusable neglect." McGee argues that the "Court mistakenly believed: 1) the DA lawfully accessed juvenile records, 2) valid juvenile predicate existed[,] 3) the juvenile petition had legal effect." Dkt. 68 at 8. Though McGee

did not move under Rule 60(b)(1) in his previous requests, his arguments are duplicative of previous motions. Therefore, for the reasons stated at dkt. 67, McGee's request for relief under Rule 60(b)(1) is denied.

Additionally, a Rule 60(b)(1) or (b)(3) motion must be made no more than a year after the entry of judgment. *See* Fed. R. Civ. P. 60(c)(1). McGee's motion can be further denied on that basis.

Finally, the Court previously admonished McGee against filing additional and duplicative motions. Dkt. 67 at 6. McGee was warned that filing of excessive or duplicative documents might result in the termination of his ECF privileges. *Id.* He then filed yet another Rule 60(b) motion after that warning. *See* dkt. 68. Therefore, the Court now terminates McGee's ECF privileges.

The Court will not consider any further filings in this long-closed case.

**IT IS SO ORDERED.**

Dated: April 16, 2026

Alex G. Tse
United States Magistrate Judge